THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BIOMED REALTY, L.P.,<br><br>    Plaintiff,<br><br>v.<br><br>700 DEXTER, LLC,<br><br>    Defendant. | Civil Action No.: 2:15-cv-00930-JCC<br><br>**DECLARATION OF LAURIN D. QUIAT IN SUPPORT OF DEFENDANT 700 DEXTER, LLC'S MOTION FOR SUMMARY JUDGMENT** |

I, Laurin D. Quiat, declare as follows:

1. I am a partner in the Denver office of Baker & Hostetler LLP and counsel for Defendant 700 Dexter LLC ("Dexter"). This declaration is being offered in support of Dexter's Motion for Summary Judgment (the "Motion"). I have personal knowledge as to the facts stated in this declaration and can and would testify competently to them if called as a witness.

2. Attached hereto as Exhibit A are true and correct copies of excerpts from the transcript of the deposition of Kevin M. Simonsen ("Simonsen Depo."), taken on December 15, 2015.

3. Attached hereto as Exhibit B are true and correct copies of excerpts from the transcript of the deposition of James S. Broadlick ("Broadlick Depo."), taken on December 11, 2015.

DECLARATION OF LAURIN QUIAT IN
SUPPORT OF 700 DEXTER, LLC'S MOTION
FOR SUMMARY JUDGMENT - 1
CIVIL ACTION NO.: 2:15-CV-00930-JPD

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA  98104-4040
Telephone:  (206) 332-1380

4. Attached hereto as Exhibit C is a true and correct copy of October 26, 2011 Purchase and Sale Agreement and Joint Escrow Instructions between Dexter and BioMed, marked as Exhibit 51 to the Simonsen Depo.

5. Attached hereto as Exhibit D is a true and correct copy of the Memorandum of Purchase Agreements between American Linen Supply Company, Dexter, and BioMed, executed on January 27, 2012, marked as Exhibit 62 to the Simonsen Depo.

6. Attached hereto as Exhibit E is a true and correct copy of the April 4, 2014 Standstill Agreement between Frontier Renewal LLC, managing member of Dexter, and Washington Builders LLC ("Washington Builders"), marked as Exhibit 2 to the Broadlick Depo.

7. Attached hereto as Exhibit F are true and correct copies of the April 28, 2014 email from Howard Jensen to Stephen Tan regarding "Washington Builders matter – draft ADR Agreement," marked Exhibit 7 to the Broadlick Depo., and the redlined version of the Alternative Dispute Resolution Agreement between Dexter and Washington Builders, dated April 30, 2014 and marked as Exhibit 8 to the Broadlick Depo.

8. Attached hereto as Exhibit G is a true and correct copy of the April 11, 2014 email from Howard Jensen to Rodney Brown regarding "New Standstill Agreement," marked as Exhibit 5 to the Broadlick Depo.

9. Attached hereto as Exhibit H is a true and correct copy of the August 21, 2014 email from Howard Jensen to Polly Jessen regarding "700 Dexter," marked as Exhibit 23 to the Broadlick Depo.

10. Attached hereto as Exhibit I is a true and correct copy of the email chain from August 21, 2014 to September 5, 2014 between Polly Jessen and Howard Jensen regarding "Tenth Extension of Standstill Agreement," marked as Exhibit 26 to the Broadlick Depo.

11. Attached hereto as Exhibit J is a true and correct copy of the October 3, 2014 email from Howard Jensen to Polly Jessen regarding "ADR Agreement," marked as Exhibit 30 to the Broadlick Depo.

DECLARATION OF LAURIN QUIAT IN
SUPPORT OF 700 DEXTER, LLC'S MOTION
FOR SUMMARY JUDGMENT - 2
2:15-CV-00930-JPD

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA  98104-4040
Telephone:  (206) 332-1380

12. Attached hereto as Exhibit K is a true and correct copy of the April 23, 2014 email from Polly Jessen to Kelly Spicher regarding "Closing Action Items," marked as Exhibit 74 to the Simonsen Depo.

13. Attached hereto as Exhibit L is a true and correct copy of the June 30, 2014 email from Denis Sullivan to Eric Williams regarding "Follow up," marked as Exhibit 79 to the Simonsen Depo.

14. Attached hereto as Exhibit M is a true and correct copy of the May 1, 2014 letter from Kelly Spicher to Eric Williams and Polly Jessen regarding "700 Dexter Avenue North, Seattle, Washington," marked as Exhibit 75 to the Simonsen Depo.

15. Attached hereto as Exhibit N are true and correct copies of the second through fifteenth Standstill Agreements, the signature page to the sixteenth Standstill Agreement, and the Seventeenth Standstill Agreement between Dexter and Washington Builders, marked as Exhibits 3-4, 15, 18-21, 24-25, 27-29, and 31-34 to the Broadlick Depo.

16. Attached hereto as Exhibit O is a true and correct copy of the April 22, 2014 email from Stephen Tan to Howard Jensen regarding "Washington Builders matter – draft ADR Agreement," attaching a proposed draft Alternative Dispute Resolution Agreement between Dexter and Washington Builders, marked as Exhibit 6 to the Broadlick Depo.

17. Attached hereto as Exhibit P is a true and correct copy of the email from Polly Jessen to Kelly Spicher attaching a draft Sixth Amendment to the PSA dated November 21, 2014, marked as Exhibit 88 to the Simonsen Depo.

18. Attached hereto as Exhibit Q are true and correct copies of the May 7, 2014 email from Stephen Tan to Howard Jensen regarding "700 Dexter," and the draft Alternative Dispute Resolution Agreement between Dexter and Washington Builders, dated April 30, 2014 and marked as Exhibits 11 and 12 to the Broadlick Depo.

19. Attached hereto as Exhibit R are true and correct copies of the May 19, 2014 email from Howard Jensen to Stephen Tan regarding "700 Dexter – ADR Agreement," and the

---

DECLARATION OF LAURIN QUIAT IN
SUPPORT OF 700 DEXTER, LLC'S MOTION
FOR SUMMARY JUDGMENT - 3
2:15-CV-00930-JPD

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA 98104-4040
Telephone: (206) 332-1380

1  attached draft Alternative Dispute Resolution Agreement between Dexter and Washington
2  Builders, marked as Exhibits 13 and 14 to the Broadlick Depo.

3      20. Attached hereto as Exhibit S are true and correct copies of the June 3, 2014 email
4  from Howard Jensen to Stephen Tan regarding "Redline of ADR Agreement," and the attached
5  June 2014 draft Alternative Dispute Resolution Agreement between Dexter and Washington
6  Builders, marked as Exhibits 16 and 17 to the Broadlick Depo.

7      21. Attached hereto as Exhibit T is a true and correct copy of the July 9, 2014 email
8  from Eric Williams to Denis Sullivan regarding "Follow Up," marked as Exhibit 80 to the
9  Simonsen Depo.

10      22. Attached hereto as Exhibit U is a true and correct copy of the August 15, 2014
11  email from Kelly Spicher to Polly Jessen regarding "Dexter Sixth Amendment(3).doc,"
12  including the August draft Sixth Amendment to the PSA, marked as Exhibit 81 to the Simonsen
13  Depo.

14      23. Attached hereto as Exhibit V is a true and correct copy of the August 2014 draft
15  Alternative Dispute Resolution Agreement between Dexter and Washington Builders, marked as
16  Exhibit 22 to the Broadlick Depo.

17      24. Attached hereto as Exhibit W is a true and correct copy of the August 25, 2014
18  email from Polly Jessen to Howard Jensen regarding "Tenth Extension of Standstill Agreement,"
19  marked as Exhibit 86 to the Simonsen Depo.

20      25. Attached hereto as Exhibit X is a true and correct copy of the email chain between
21  Denis Sullivan, Polly Jessen, Eric Williams, and Kelly Spicher from October 6, 2014 to October
22  22, 2014 regarding "Vulcan Release," marked as Exhibit 84 to the Broadlick Depo.

23      26. Attached hereto as Exhibit Y is a true and correct copy of the December 11, 2014
24  email from Polly Jessen to Kelly Spicher regarding "Dexter Follow Up," including the attached
25  draft Sixth Amendment to the PSA, marked as Exhibit 89 to the Simonsen Depo.

DECLARATION OF LAURIN QUIAT IN
SUPPORT OF 700 DEXTER, LLC'S MOTION
FOR SUMMARY JUDGMENT - 4
2:15-CV-00930-JPD

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA 98104-4040
Telephone: (206) 332-1380

27. Attached hereto as Exhibit Z is a true and correct copy of the January 1, 2014 email from Kelly Spicher to Polly Jessen regarding "Dexter/Sixth Amendment," including the attached draft Sixth Amendment to the PSA, marked as Exhibit 90 to the Simonsen Depo.

28. Attached hereto as Exhibit AA is a true and correct copy of the February 28, 2014 email from Kelly Spicher to Polly Jessen regarding "Dexter/Sixth Amendment," including the attached draft Sixth Amendment to the PSA, marked as Exhibit 91 to the Simonsen Depo.

29. Attached hereto as Exhibit BB are true and correct copies of the May 15, 2015 email from Howard Jensen to Polly Jessen regarding "700 Dexter Site – Path Forward," and the May 11, 2015 draft Alternative Dispute Resolution Agreement between Dexter and Washington Builders, marked as Exhibits 41 and 42 to the Broadlick Depo.

30. Attached hereto as Exhibit CC is a true and correct copy of the May 20, 2015 letter from Laurin D. Quiat to BioMed regarding "Termination of the Purchase and Sale Agreement and Joint Escrow Instructions, dated as of October 26, 2011, marked as Exhibit 92 to the Simonsen Depo.

31. Attached hereto as Exhibit DD is a true and correct copy of the September 25, 2014 email from Polly Jessen to Kelly Spicher regarding the "Sixth Amendment," including the attached draft Sixth Amendment to the PSA, marked as Exhibit 83 to the Broadlick Depo.

32. Attached hereto as Exhibit EE is a true and correct copy of the March 28, 2015 draft Alternative Dispute Resolution Agreement between Dexter and Washington Builders, marked as Exhibit 39 to the Broadlick Depo.

33. Attached hereto as Exhibit FF are true and correct copies of the July 29, 2015 letter from Dexter to Chicago Title regarding *Purchase and Sale Agreement and Joint Escrow Instructions By and Between 700 Dexter, LLC and BioMed Realty, L.P. dated as of October 26, 2011 – 700 Dexter Avenue North, Seattle, Washington*; the July 30, 2015 letter from Dexter to BioMed regarding *Terminated Purchase and Sale Agreement and Joint Escrow Instructions/700 Dexter Avenue North, Seattle Washington*; and the August 3, 2015 letter from BioMed to Chicago Title regarding *Escrow Number 1331946-SS*.

DECLARATION OF LAURIN QUIAT IN
SUPPORT OF 700 DEXTER, LLC'S MOTION
FOR SUMMARY JUDGMENT - 5
2:15-CV-00930-JPD

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA 98104-4040
Telephone: (206) 332-1380

1     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed this 30th day of December, 2015 at Denver, Colorado.

                                  *s/ Laurin D. Quiat*
                                  Laurin D. Quiat
                                  BAKER & HOSTETLER LLP
                                  1801 California Street, Suite 4400
                                  Denver, CO 80202-2662
                                  Telephone:   (303) 861-0600
                                  Facsimile:    (303) 861-7805
                                  Email: lquiat@bakerlaw.com

DECLARATION OF LAURIN QUIAT IN
SUPPORT OF 700 DEXTER, LLC'S MOTION
FOR SUMMARY JUDGMENT - 6
2:15-CV-00930-JPD

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA 98104-4040
Telephone: (206) 332-1380

CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Paul R. Taylor
> Byrnes Keller Cromwell LLP
> 1000 Second Avenue, 38th Floor
> Seattle, WA  98104
> Tel:   (206) 622-2000
> Fax:   (206) 622-2522
> Email: ptaylor@byrneskeller.com
>
> ***Attorney for BioMed Realty***

DATED:  December 30, 2015

                                  BAKER & HOSTETLER LLP

                                  By:   *s/ Regina V. Culbert*
                                        Regina V. Culbert, WSBA #30213
                                        BAKER & HOSTETLER LLP
                                        999 Third Avenue, Suite 3600
                                        Seattle, WA  98104-4040
                                        Telephone:(206) 332-1102
                                        Facsimile:(206) 624-7317
                                        Email:rculbert@bakerlaw.com

                                  Attorneys for Defendant, 700 Dexter, LLC

DECLARATION OF LAURIN QUIAT IN SUPPORT OF 700 DEXTER, LLC'S MOTION FOR SUMMARY JUDGMENT - 7
2:15-CV-00930-JPD

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3600
Seattle, WA  98104-4040
Telephone:  (206) 332-1380